# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff

    v.

LUIS FERNANDO DE LEON- RIVAS,

       Defendant.

Case No.

2:19-mj-00087-VCF

**ORDER**

**(Under Seal)**

2019 FEB -5 AM 10: 16

U.S. MAGISTRATE JUDGE

     Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

     IT IS SO ORDERED that the Complaint be sealed.

     DATED this _5th_ day of February, 2019.

Honorable Cam Ferenbach
United States Magistrate Judge